UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Olga Andreu Megwinoff,
    Plaintiff,
V.                                              CASE NUMBER: 98-1995 (HL)
Banco Bilbao Vizcaya, et al.,
    Defendants.

## MOTION

Date Filed: 11/8/99      Docket #27      [x] Plffs [] Defts
Title: Motion for Reconsideration
Opp'n Filed:      Docket #

## ORDER

Upon reviewing the facts surrounding the parties' discovery dispute, the Court grants Plaintiff's Motion for Reconsideration, Dkt. No. 27. Witness Patrick Haggarty's testimony regarding Plaintiff's sworn statement is relevant to the subject matter of the case. Thus, Mr. Haggarty shall testify accordingly.

## MOTION

Date Filed: 8/18/99      Docket #28      [] Plffs [x] Defts
Title: Motion Seeking Extension of Time to Complete Discovery
Opp'n Filed:      Docket #

## ORDER

Plaintiff is granted until December 10, 1999 to complete discovery.

Date 11-9-99              HECTOR M. LAFFITTE
                                 Chief U.S. District Judge