UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Olga Andreu Megwinoff,
    Plaintiff,
         v.
Banco Bilbao Vizcaya, et al.,
    Defendants.

CASE NUMBER: 98-1995 (HL)

### MOTION

Date Filed: 11/12/99   Docket #30   [] Plffs [x] Defts
Title: Motion in Regards with Motion for Extention
Opp'n Filed:   Docket #

### ORDER

Noted.

Date 11-19-99

HECTOR M. LAFFITTE
Chief U.S. District Judge


