UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Olga Andreu-Megwinoff,
    Plaintiff,
       v.                      CASE NUMBER: 98-1995 (HL)
Banco Bilbao Vizcaya, et al.,
    Defendants.

## MOTION

Date Filed: 11/23/99    Docket #33    [] Plffs [x] Defts
Title: Motion Requesting Extension of Time to File Dispositive Motions
Opp'n Filed:    Docket #

## ORDER

    Defendant Banco Bilbao Vizcaya is granted until December 17, 1999 to file any dispositive motions. Defendant shall hand deliver its motion to Plaintiff on that date and shall certify to the Court that it has complied with this requirement. Should Defendant fail to comply with this deadline or delivery requirement, its motion will not be considered by the Court.
    Plaintiff's opposition shall be filed no later than December 27, 1999. Any opposition filed after that date will not be considered by the Court.

Date 12/2/99        HECTOR M. LAFFITTE
                              Chief U.S. District Judge

