## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC 29 AM 7: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Olga Andreu Megwinoff,
   Plaintiff,
      v.
Banco Bilbao Vizcaya, et al.,
   Defendants.

CASE NUMBER: 98-1995 (HL) D.P.R.

### MOTION

Date Filed: 12/17/99    Docket #38    [ ] Plffs [x] Defts
Title: Motion Requesting Extension of Time to File Certified Translations
Opp'n Filed:     Docket #

### ORDER

Granted.

Date 12/28/99     HECTOR M. LAFFITTE
                      Chief U.S. District Judge

