UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Olga Andreu Megwinoff,
    Plaintiff,
       v.
Banco Bilbao Vizcaya, et al.,
    Defendants.

CASE NUMBER: 98-1995 (HL)

## MOTION

Date Filed: 1/3/00    Docket #41    [ ] Plffs [x] Defts
Title: Motion Requesting Leave to File Reply Brief
Opp'n Filed:    Docket #

## ORDER

Defendant has until January 13, 2000 to file its reply.

Date 1-10-00

HECTOR M. LAFFITTE
Chief U.S. District Judge

RECEIVED & FILED
'00 JAN 10 AM 10:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

43