UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Olga Andreu Megwinoff,
    Plaintiff,
       v.
Banco Bilbao Vizcaya,
    Defendant.

CASE NUMBER: 98-1995 (HL)

## MOTION

Date Filed: 1/3/00   Docket #41   [ ] Plffs  [x] Defts
Title: Motion Requesting Leave to File Reply Brief
Opp'n Filed:   Docket #

## ORDER

Denied.

Date Jan. 11/99

HECTOR M. LAFFITTE
Chief U.S. District Judge


