UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Olga Andreu Megwinoff,
    Plaintiff,

v.

Banco Bilbao Vizcaya, et al.,
    Defendants.

CASE NUMBER: 98-1995 (HL)

| MOTION |
|---|
| Date Filed: 1/3/00    Docket #41    [] Plffs [x] Defts<br>Title: Motion Requesting Leave to File Reply Brief<br>Opp'n Filed:    Docket # |
| ORDER |

The Court hereby vacates its order of January 11, 2000 denying Defendants' Motion Requesting Leave to File Reply Brief. Defendant has until January 13, 2000 to file its reply brief, as stated in the Court's order of January 10, 2000.

Date 1-12-00

HECTOR M. LAFFITTE
Chief U.S. District Judge


