UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Olga Andreu-Megwinoff,
    Plaintiff,
    v.      **CASE NUMBER: 98-1995 (HL)**
Banco Bilbao Vizcaya, et al.,
    Defendants.

| ORDER |
|---|
| The attached Joint Pretrial Order supersedes in its entirety the original Joint Pretrial Order, Dkt. No. 54, filed on January 28, 2000, and any other Joint Pretrial Orders filed before the attached Joint Pretrial Order. |

Date 2-1-00      HECTOR M. LAFFITTE
                               Chief U.S. District Judge

*RECEIVED & FILED 00 FEB -1 PM 3:33 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*


