UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

OLGA ANDREU MEGWINOFF,
Plaintiff,

v.                                                        Civil No. 98-1995 (HL)

BANCO BILBAO VIZCAYA,
Defendant.

**JUDGMENT**

The Court having issued an opinion and order on this same date, judgment is hereby entered dismissing Plaintiff's Title VII, ADEA, and ADA claims with prejudice, and Plaintiff's Puerto Rico law claims without prejudice.

San Juan, Puerto Rico, February 3, 2000.

HECTOR M. LAFFITTE
Chief U.S. District Judge

