UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Olga Andreu Megwinoff,
    Plaintiff,
    V.
Banco Bilbao Vizcaya, et al.,
    Defendants.

CASE NUMBER: 98-1995 (HL)

## MOTION

Date Filed: 2/29/00    Docket #62    [] Plffs  [x] Defts
Title: Motion for Extension of Time
Opp'n Filed:    Docket #

## ORDER

Defendants have until March 17, 2000 to oppose Plaintiff's Motion for Reconsideration.

Date 3-1-00    HECTOR M. LAFFITTE
    Chief U.S. District Judge


