UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Olga Andreu Megwinoff,
    Plaintiff,
    V.
Banco Bilbao Vizcaya,
    Defendant.

CASE NUMBER: 98-1995 (HL)

## MOTION

Date Filed: 3/28/00    Docket #68    [x] Plffs [] Defts
Title: Motion to Strike
Opp'n Filed:    Docket #

## ORDER

Denied. This dispute over Defendant's characterizations of Plaintiff's litigation practices is of little weight. The Court did not grant Defendant's request for sanctions. Further, Plaintiff's characterization of Defendant's request for sanctions as falling under Rule 11 does not strike the Court as accurate. Both parties are encouraged to desist from pursuing this matter further.

Date 4/11/00    (fr) HECTOR M. LAFFITTE
    Chief U.S. District Judge


