# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Olga Andreu Megwinoff,
    Plaintiff,
    V.
Banco Bilbao Vizcaya,
    Defendant.

CASE NUMBER: 98-1995 (HL)

## MOTION

Date Filed: 4/14/00    Docket #71    [x] Plffs [] Defts
Title: Draft Reply to Opposition to Motion for Reconsideration
Opp'n Filed:    Docket #

## ORDER

Moot. See Dkt. No. 67.

Date 4/26/00    HECTOR M. LAFFITTE
    Chief U.S. District Judge

